

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Meghan Rebecca Wilson,

Vs. No. 11-17-00321-CR

The State of Texas,

\* From the 132nd District Court
of Scurry County
Trial Court No. 10491.

\* December 12, 2019

\* Memorandum Opinion by Stretcher, J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.